IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF TENNESSEE NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA ,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| VERSUS | ) | |
| | ) | o2:11-cr-00002 |
| | ) | Judge Trauger |
| **KYLE BARRIER,** | ) | |
| *Defendant.* | ) | |

*Motion GRANTED. Hearing reset for 10/18/12 at 2:00 p.m.*

## ~~MOTION TO CONTINUE SENTENCING HEARING~~

Comes now the Defendant, Kyle Barrier, by and through counsel, moves this Honorable Court for an order rescheduling Mr. Barrier's sentencing hearing. Currently, Mr. Barrier's sentencing hearing is set for July 10, 2012. Legal counsel for the parties has consulted. The government has no opposition to the granting of this motion. Counsel for both parties are available on the following dates: October 18,19,23, 24, 2012; November 7, 13, and 14, 2012.

Filed contemporaneously, and under seal, is Counsel's Declaration in support of this motion.

Respectfully submitted this the 27th day of June 2012.

Craig P. Fickling, BPR #014845
**Fickling & Madewell**
118 East First Street
P.O. Box 1483
Cookeville, Tennessee 38501
Telephone: (931)528-6403

~~By: /s/ Craig P. Fickling~~
*Attorney for Defendant,* **Kyle Barrier**