Motion GRANTED.
Hearing reset for
2/11/13 at 11:00 a.m.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA ,** ) | |
| ) | |
| *Plaintiff*, ) | |
| **VERSUS** ) | |
| ) | 2:11-cr-00002 |
| ) | Judge Trauger |
| **KYLE BARRIER,** ) | |
| *Defendant.* ) | |

## MOTION TO CONTINUE SENTENCING HEARING

Comes now the Defendant, Kyle Barrier, by and through counsel, moves this Honorable Court for an order rescheduling Mr. Barrier's sentencing hearing. Currently, Mr. Barrier's sentencing hearing is set for December 17, 2012. Counsel for the parties have consulted. The government has no opposition to the granting of this motion.

Filed contemporaneously, and under seal, is Counsel's Declaration in support of this motion.

Respectfully submitted this the 27th day of November 2012.

Craig P. Fickling, BPR #014845
**Fickling & Madewell**
118 East First Street
P.O. Box 1483
Cookeville, Tennessee 38501
Telephone: (931)528-6403

By: /s/ Craig P. Fickling
*Attorney for Defendant,* **Kyle Barrier**